IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES GRIMES,

    Plaintiff,

v.                                             4:15cv203-WS/GRJ

LEON COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 28, 2015.  See Doc. 17.  The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the three strikes provision of 28 U.S.C. § 1915(g).  The plaintiff has filed objections (doc. 5) to the magistrate judge's report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. The plaintiff's motion and amended motion (docs. 2 & 6) for leave to proceed in forma pauperis is DENIED.

4. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

5. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this   26th   day of   May  , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE